IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Small Business Case under Chapter 11 |
| | ) | |
| Mangia Mangia, Inc. | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-15359 |
| | ) | |

**Order Finally Approving Debtor's Small Business Disclosure Statement**

This cause came to be heard on the combined hearing on the adequacy of the Debtor's disclosure statement and for confirmation of the Debtor's plan of reorganization ("Plan") dated July 20, 2011. Copies of the Plan and Disclosure Statement, having been transmitted to creditors and parties in interest; and the Court, having conditionally approved the Debtor's disclosure statement after notice and a hearing,

**It is hereby ordered, adjudged and decreed** that the Debtor's disclosure statement is finally approved.

Dated: 27 SEP 2011

Enter:

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Prepared by:
Jack O'Connor #6302674
Forrest L. Ingram P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
312.759.2838