**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mangia Mangia, Inc. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-15359 |
| | ) | |
| | ) | Hearing: November1, 2011 at 9:30 a.m. |

**Notice of Motion**

Please take notice that on November 1, 2011 at 9:30 a.m., I shall appear before the Honorable Eugene R. Wedoff, or any other Judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and will present the **Final Application for Compensation for Professional Services and Reimbursement of Expenses Incurred on Behalf of Mangia Mangia, Inc., by Forrest L. Ingram P.C.**, a copy of which is enclosed and served upon you. At the hearing you may appear and be heard.

/s/  Jack O'Connor
One of the Debtor's Attorneys

Jack O'Connor #6302674
Forrest L. Ingram #3129032
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
312.759.2838

**Certificate of Service**

I, Jack O'Connor, an attorney, certify that I caused a true and correct copy of the above Notice and the document to which it refers on all parties entitled to service at the address listed below, by electronic filing through CM/ECF as set forth on the attached service list, at or before 5:00 p.m. on October 7, 2011.

/s/ Jack O'Connor

1

## Service List

### Via CM/ECF

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

### Via U.S. Mail

**Mangia Mangia, Inc.**
**Debtor & Debtor in Possession**
5555 S. Brainard Ave., Suite 400
Countryside, IL 60525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mangia Mangia, Inc. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-15359 |
| | ) | |
| | ) | Hearing: November1, 2011 at 9:30 a.m. |

**Final Application for Compensation for Professional Services and Reimbursement of Expenses Incurred on Behalf of Mangia Mangia, Inc. by Forrest L. Ingram, P.C.**

Forrest L. Ingram, P.C. (hereinafter "Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession Mangia Mangia, Inc. ("Debtor"), makes its final application for compensation ("Application") under § 331 of the United States Bankruptcy Code, Federal Rule of Bankruptcy 2016, and Local Rule 5082-1. This Court has jurisdiction over the subject matter of this Application under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

The Applicant requests that the Court enter an order allowing compensation for legal services rendered totaling $13,326.50 and reimbursement of expenses totaling $120.96 incurred from July 1, 2011 through September 27, 2011. In support of this Application, Applicant states as follows:

**Narrative Summary of Services Provided by Applicant**

1. The Debtor filed its chapter 11 petition for relief under the Bankruptcy Code on April 11, 2010. The next month, the Court entered an order authorizing the Debtor to employ Applicant as its attorney retroactively to the filing date. A copy of the order is attached as **Exhibit A**.

2. Applicant has performed numerous legal services for the Debtor in this case. The times and chronology of the Applicant's services for the period beginning July 1, 2011 and ending September 27, 2011, are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**.

3. A copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objection, if any.

4. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5. Applicant's billing detail, arranged *by attorney*, is attached as **Exhibit C**.

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached as **Exhibit D**.

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of this case were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. The services rendered by Applicant were directly related to and necessary for the Debtor's chapter 11 case, including, but not limited to: preparing and filing the Debtor's disclosure statement and plan, drafting and filing motions on behalf of the Debtor, and attending court hearings on the Debtor's behalf.. Applicant is also seeking reimbursement of expenses in the amount of $120.96. An itemization of expenses is attached to this Application as **Exhibit E**.

**Summary of Hourly Services Organized by Nature**

9. The Applicant's attorneys and clerks provided a total of approximately 66.3 hours of service, detailed by nature in Exhibit B. A brief summary of these services follows:

a. *Administrative Matters (Admin)*: Approximately 6.8 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, drafting and filing motions and responses on behalf of the Debtor, conferencing with the Debtor about various issues in the chapter 11, and serving various motions and pleadings on behalf of the Debtor. For these services, Applicant seeks $1,246.00.

b. *Contested Matters (CM)*: Approximately 0.7 hours of time and services were rendered in connection with contested matters including, but not limited to, resolving potential conflicts between contesting shareholders of the Debtor without litigation. For these services, Applicant seeks $332.50.

c. *Creditor Inquiries (Cred)*: Approximately .2 hours of time and services were rendered in connection with responding to inquiries of creditors. For these services, Applicant seeks $33.00.

d. *Disclosure Statement & Plan (DS&P)*: Approximately 41.1 hours of time and services were rendered in connection with conferencing with the Debtor's representatives regarding the path to take in approaching the Debtor's reorganization and drafting Debtor's disclosure statement and plan. For these services, Applicant seeks $8,455.50.

e. *Professional Fee Applications (Fee)*: Approximately 9.3 hours of time and services were rendered in connection with preparing the Applicant's first Application for Professional compensation. For these services, Applicant seeks $1,782.50.

f. *Objections to Claims (Obj)*: Approximately 5.3 hours of time and services were rendered in connection with analyzing proofs of claim filed with the Court and

3

drafting objections to the claims filed. For these services, Applicant seeks $967.50.

g. *Research (Resrch)*: Approximately .9 hours of time and services were rendered in connection with researching matters, including, but not limited to bankruptcy rules concerning small business case confirmation deadlines, and treatment of scheduled disputed claims. For such services, Applicant seeks $148.50.

h. *U.S. Trustee Matters (Trste)*: Approximately 2.0 hour of time and services were rendered in connection with representing the Debtor at its initial debtor interview, investigating the Debtor's obligations related to U.S. Trustee payments, and filing the Debtor's monthly operating reports. For such services, Applicant seeks $361.00.

**Summary of Hourly Services Organized by Attorney**

10. The Applicant's attorneys and clerks provided a total of approximately 66.3 hours of service, detailed by employee in Exhibit C. They are as follows:

   a. *Attorneys*:
      i. Forrest L. Ingram (FLI) provided approximately 7.7 hours of service at $475.00 per hour, including all phases of the chapter 11 case.
      ii. Jack O'Connor (JRO) provided approximately 58.6 hours of service at $165.00 per hour, including all phases of the chapter 11 case.

## Conclusion

11. This Application and a Notice of Hearing on this Application has been sent to the Debtor, the U.S. Trustee, and parties entitled to notice. A Notice of Hearing on this Application has been sent to all other creditors and parties of interest, along with a

4

summary of all services provided by Debtor's counsel to the Debtors. A certificate of service for the Notice has been filed with the Clerk of the Court.

12. Objections to this Application may be made in writing, filed with the Clerk of this Court and sent to Forrest L. Ingram, P.C., c/o Jack O'Connor, 79 W. Monroe St., Suite 900, Chicago, Illinois 60603, Fax No. 312.759.0298 on or before October 25, 2011.

*Wherefore* Applicant requests that the Court conduct an appropriate hearing on this Application and allow a reasonable fee to Applicant in the sum of $13,326.50 for legal services for the period from July 1, 2011 through September 27, 2011, and reimbursement of expenses in the sum of $120.96. Applicant asks for such other relief as may be appropriate.

      Respectfully submitted,
      FORREST L. INGRAM P.C.

      /s/  Jack O'Connor
      One of the Debtor's Attorneys

Jack O'Connor #6302674
Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
312.759.2838 phone
312.759.0298 fax