## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MANGIA MANGIA, INC. | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor. | ) | Case No. 11-15359 |
| | ) | |
| | ) | Hearing: December 13, 2011 at 10:00 AM |

### NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on **December 13, 2011 at 10:00 AM**, the undersigned will appear before the Honorable Judge Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present the Debtors' **MOTION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING CHAPTER 11 CASE**, a copy of which is enclosed herewith and served upon you.

/s/ Michael V. Ohlman

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

### CERTIFICATE OF SERVICE

I, Andrew Meyer, a non-attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, as indicated on the list, on **November 8, 2011,** before the hour of 5 p.m.

/s/ Andrew Meyer

## SERVICE LIST

**Via CM/ECF**
**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Via U.S. Mail:**

**Mangia Mangia, Inc.**
**Debtor in Possession**
5555 S. Brainard Ave., Suite 400
Countryside, IL 60525

**American Express**
P.O. Box 53825
Phoenix, AZ 85072

**Capital One**
P.O. Box 85520
Richmond, VA 23285

**Chase Bank NA**
P.O. Box 15298
Wilmington, DE 19850

**Capital One**
P.O. Box 85520
Richmond, VA 23285

**CitiBank NA**
P.O. Box 6241
Sioux Falls, SD 57117

**DEX**
8519 Innovation Way
Chicago, IL 60682

**Discover Fin**
Attn: Bankruptcy Dep't
P.O. Box 3025
New Albany, OH 43054

**Fifth Third Bank**
P.O. Box 630337
Cincinnati, OH 45263

**Ford Motor Credit Co.**
P.O. Box 790093
St. Louis, MO 63179

**Ford Motor Credit Co.**
P.O. Box 542000
Attn: Dep't 1099A
Omaha, NE 68154

**Freedman Anselmo Lindberg LLC**
1807 W. Diehl Rd., #333
Naperville, IL 60563

**Markoff & Krasny**
29 N. Wacker Drive, #550
Chicago, IL 60606

**One Card**
P.O. Box 2858
Omaha, NE 68103

**Wells Fargo**
P.O. Box 94498
Las Vegas, NV 89193

**Yellow Pages**
P.O. Box 3505
New York, NY 10008

**YellowBook, Attn Collection Dep't**
2560 Renaissance Blvd
King of Prussia, PA 19406

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MANGIA MANGIA, INC. | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 11-15359 |
| | ) | |
| | ) | Hearing: December 13, 2011 at 10:00 a.m. |

**MOTION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING THE
CHAPTER 11 CASE**

NOW COMES the Debtors and Debtors in Possession MANGIA MANGIA, INC. (the "Debtor"), by and through its attorneys, Forrest L. Ingram, P.C., and hereby apply for entry of a final order and decree, closing the above captioned chapter 11 case. In support of this application, the Debtor state:

1. This Honorable Court has jurisdiction over this motion pursuant to 28 U.S.C. § 1334. This motion constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to §§ 1408 and 1409.

2. On April 11, 2011, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. The Debtors' plan of reorganization was confirmed on September 27, 2011.

4. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

5. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by Section 1101(2) of the Bankruptcy Code." *In re Wade*, 991 F.2d 402, 407 n.2 (7th Cir. 1992). Section 1101(2) of the Bankruptcy Code provides that:

> Substantial consummation means –
> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
> (B) assumption by the debtor or by the successor to the debtors under the plan of the business or of management of all or substantially all of the property dealt with by the plan; and
> (C) commencement of distribution under the plan.

In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered: "1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced, 4) when all motions, contested matters, and adversary proceedings have been resolved." *Wade*, 991 F.2d at 407 n.2.

6. The Debtors' estate has been fully administered for the following reasons:

    a. The order confirming the plan on September 27, 2011 has become final;

    b. Debtor has been making regular payments to its secured creditor, Ford Motor Company, pursuant to its agreement.

    c. Debtor has been making regular payments to its administrative priority claimants pursuant to section 507(a)

7. Final payments to the General Unsecured Creditors will be made on or before October 12, 2016.

8. The Debtors are current on all amounts owed to the United States Trustee.

9. Since the Debtor is a small business and its resources are limited, they ask this Court to close the case before December 31, 2011 to avoid incurring further costs associated with keeping a chapter 11 case open.

10. Pursuant to Local Rule 3022-1, notice of this motion has gone to all creditors.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter a final decree, closing the chapter 11 case. Debtors also ask for such further relief as may be just and appropriate.

Dated: November 8, 2011

        Respectfully submitted,
        MANGIA MANGIA, INC.

    By:    /s/Michael V. Ohlman
        One of their attorneys

Michael V. Ohlman #6294512
Forrest L. Ingram #3129032
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838