UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MANGIA MANGIA<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-15359<br><br>Chapter: 11<br>Honorable Eugene R. Wedoff |

## ORDER

This matter coming to be heard on the Debtor's Motion to enter a Final Decree Closing its Chapter 11 Case, pursuant to 11 U.S.C. section 350, Bankruptcy Rule 3022, and Local Rule 3022-1, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises,

IT IS HEREBY ORDERED:

(1) A Final Decree closing the Debtors' chapter 11 Case is hereby entered; *and*

(2) *Debtor shall pay the outstanding U.S. Trustee fees today, December 13, 2011.* /s/

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: 1 3 DEC 2011

**Prepared by:**

Michael V. Ohlman # 6294512
Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

Rev: 201100318_bko